```
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    Robert Loisel                                        BK- 12-10404
    Shawna Loisel
        Debtor(s)                               CHAPTER 13

### NOTICE OF FINAL CURE PAYMENT

     Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: Select Portfolio Servicing, Inc.
Trustee Claim #: 2
Last 4 digits of any number used to identify
   the Debtor's account: 1982

Final Cure Amount:

    Amount of Allowed Pre-petition Arrearage: $25,499.33
    Amount Paid by Trustee:                   $25,499.33

Monthly Ongoing Mortgage Payment is Paid:

    __ Through the Chapter 13 Trustee conduit
    x Directly by the Debtor

     Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: March 24, 2016        Respectfully submitted,


                                          /s/John Boyajian
                                          John Boyajian, Trustee
                                          182 Waterman Street

```
                                    Providence, RI 02906
                                    Tel:(401) 223-5550
                                    Fax:(401) 223-5548
```

CERTIFICATION

      I hereby certify that a copy of the within Notice was mailed, postage prepaid, to:

Mr. & Mrs. Robert Loisel
20 Edgewood Ave.
Cranston, RI 02905

Select Portfolio Services, Inc.
3815 South West Temple
Salt Lake City, UT 84115

and electronically mailed to:

Edward J. Gomes, Esq. at attyejg@yahoo.com

on March 24, 2016.

                                         /s/ Martha Hunt