**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: Robert Loisel and Shawna Loisel    BK No. 1:12–bk–10404

Debtor(s)    Chapter 13

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 5/18/16 at 10:00 AM to consider and act upon the following:

RE: [79] Objection to Claim #2.3 filed by Debtor Robert Loisel, Joint Debtor Shawna Loisel
[80] Response filed by Creditor Wells Fargo Bank, N.A., as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2005–HE4, Mortgage Pass–Through Certificates, Series 2005–HE4

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **4/18/16**

Entered on Docket: **4/18/16**
Document Number: **81 – 79, 80**

500.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*