**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Robert Loisel and Shawna Loisel           BK No. 1:12−bk−10404

Debtor(s)                                                           Chapter 13

---

*Notice Regarding Motion for Determination of Final Cure and Payment*

The holder of the claim, Wells Fargo Bank NA, having filed its response to the Trustee's, Notice of Final Cure payment which response indicates outstanding post−petition arrearages, fees, or other charges, if the Debtor(s) disputes the response or seeks other relief, the Debtor(s) shall file a motion pursuant to Fed.R.Bankr.P. 3002.1(h), serve such motion on the holder of the claim and on the Chapter 13 Trustee, and file a certificate of service with the Court.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **4/19/16**

Entered on Docket: **4/19/16**
Document Number: **82 − 75**

180.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*